IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>PANIOLO CABLE COMPANY, LLC.,<br><br>Debtor.<br>_____<br><br>MICHAEL KATZENSTEIN, as Chapter 11 Trustee,<br><br>Plaintiff,<br>vs.<br><br>SANDWICH ISLES COMMUNICATIONS, INC.,<br><br>Defendant. | Civ. No. 21-00499 JMS-WRP<br><br>ORDER ADOPTING FINDING AND RECOMMENDATION TO WITHDRAW THE REFERENCE UNDER 28 U.S.C. § 157(D), AND SETTING HEARING |

### ORDER ADOPTING FINDING AND RECOMMENDATION TO WITHDRAW THE REFERENCE UNDER 28 U.S.C. § 157(D), AND SETTING HEARING

On December 17, 2021, the U.S. Bankruptcy Court for the District of Hawaii issued a Recommendation to Withdraw Reference regarding the United States' Motion to Quash Pau Loa Ventures, Inc.'s Writ of Execution ("Motion to Quash"). *See* ECF No. 1-1. No party has objected to the Recommendation, and the court agrees that the reference should be withdrawn and decided by the District

Court.  *See* 28 U.S.C. § 157(d); Fed. R. Bankr. P. 9033(d).  Accordingly, the court ADOPTS the Recommendation to withdraw the reference.

The Motion to Quash is fully briefed.  *See* ECF Nos. 1-3 (Motion); 1-5 (Opposition); and 1-6 (Reply).  Accordingly, the court sets a hearing on the Motion for **March 1, 2022 at 9:00 a.m.**  Given the current public health crisis, the court will notify the parties in due course whether the hearing will be in person, by video conference, or whether—after review of the filings—the court will submit the matter without the hearing under Local Rule 7.1(c).

IT IS SO ORDERED.

DATED:  January 31, 2022, Honolulu, Hawaii.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Katzenstein v. Sandwich Isles Communications, Inc.*, Civ. No. 21-00499 JMS-WRP Order Adopting Finding and Recommendation to Withdraw The Reference Under 28 U.S.C. § 157(D), And Setting Hearing